# Exhibit A

```
                                                           Page 1
 1   CHARVAT,

 2

 3                   Plaintiff,

 4

 5       vs.

 6

 7   THE SOUTHARD CORPORATION,

 8

 9                   Defendant.

10

11                   ~~~~~~~~~~~~~~~~~~~~

12                     AUDIO TRANSCRIPTION

13

14

15

16                      Audio File:

17     Southard_00001-2018-01-24-08-15-58_111_916148958940

18

19

20

21

22

23

24

25
```

Page 2

```
 1
 2       P R O C E E D I N G S
 3    UNIDENTIFIED SPEAKER:  Hello?
 4    CALLER:  Hello, is Phil available?  Hello?
 5  Hello?
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1
 2       CERTIFICATE OF TRANSCRIBER
 3    I, Darcy Rogers, do hereby certify that this
 4  transcript was prepared from audio to the best of my
 5  ability.
 6
 7    I am neither counsel for, related to, nor
 8  employed by any of the parties to this action, nor
 9  financially or otherwise interested in the outcome of
10  this action.
11
12                    [signature: Darcy Rogers]
13  December 17, 2018
14  DATE          Darcy Rogers
15
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
www.veritext.com                                                888-391-3376

[00001-2018-01-24-08-15-58 - vs]　　　　　　　　　　　　　　　　　　　　Page 1

| 0 | f | u |
|---|---|---|
| **00001-2018-01-...**  1:17 | **file**  1:16<br>**financially**  3:9 | **unidentified**  2:3 |
| **1** | **g** | **v** |
| **111**  1:17<br>**17**  3:13<br>**17262**  3:13 | **g**  2:2 | **vs**  1:5 |
| | **h** | |
| | **hello**  2:3,4,4,5 | |
| **2** | **i** | |
| **2018**  3:13 | **interested**  3:9 | |
| **9** | **n** | |
| **916148958940**  1:17 | **n**  2:2<br>**neither**  3:7 | |
| **a** | **o** | |
| **ability**  3:5<br>**action**  3:8,10<br>**audio**  1:12,16 3:4<br>**available**  2:4 | **o**  2:2<br>**outcome**  3:9 | |
| **b** | **p** | |
| **best**  3:4 | **p**  2:2<br>**parties**  3:8<br>**phil**  2:4<br>**plaintiff**  1:3<br>**prepared**  3:4 | |
| **c** | | |
| **c**  2:2<br>**caller**  2:4<br>**certificate**  3:2<br>**certify**  3:3<br>**charvat**  1:1<br>**corporation**  1:7<br>**counsel**  3:7 | **r** | |
| | **r**  2:2<br>**related**  3:7<br>**rogers**  3:3,14 | |
| | **s** | |
| **d** | **s**  2:2<br>**signature**  3:13<br>**southard**  1:7,17<br>**speaker**  2:3 | |
| **d**  2:2<br>**darcy**  3:3,14<br>**date**  3:14<br>**december**  3:13<br>**defendant**  1:9 | | |
| | **t** | |
| **e** | **transcriber**  3:2<br>**transcript**  3:4<br>**transcription**  1:12 | |
| **e**  2:2,2<br>**employed**  3:8 | | |