# Exhibit E

Philip J. Charvat
636 Colony Drive
Westerville, OH 43081
PJCharvat@Hotmail.Com

January 27, 2018

Via U.S. Mail to:
Andersen Windows
9900 Jamaica Avenue
Cottage Grove, MN 55016

And also via E-Mail to:
MarketingServices@andersencorp.com

Re:     **Violation of the Telephone Consumer Protection Act**

Dear Sir or Madam:

I write to bring to your attention a telemarketing concern of mine. On January 25, 2018 and January 26, 2018 I received unsolicited telephone calls to my residential telephone line, (614) 895-8940, from your company.

The above telephone number was placed on the Federal Do Not Call List in September of 2011. I did not provide my consent to your company to make telemarketing calls to me. It is my understanding that according to the Telephone Consumer Protection Act, it is illegal to make telemarketing calls to someone on the Federal Do Not Call List without first obtaining the express written consent of the recipient.

Please forward to my attention all documents that evidence any purported consent[1] to receive telemarketing calls from your company, as well as any other documents which you might claim evidence my permission to receive the same. Before I proceed with a formal claim, I want to give your company the opportunity to explain its actions. Please forward this information to my attention by February 5, 2018.

Very truly yours,

*/s/ Philip J. Charvat*

Philip J. Charvat

---

[1] Pursuant to the FCC's DECLARATORY RULING AND ORDER of July 10, 2015 at ¶ 70, I hereby revoke any consent for your organization that may have existed to call or text any of my residential or cell telephones.