# Exhibit G



February 5, 2018

Philip J. Charvat
636 Colony Drive
Westerville, OH 43081

RE: Your Letter and Telephone Consumer Protection Act

Dear Mr. Charvat,

I am writing in response to your letter addressed to Andersen Windows dated January 27, 2018. In your letter, you indicated that you have received unsolicited telephone calls and that your telephone number is on the federal do-not-call list.

Neither Andersen Windows, Inc. nor Renewal by Andersen LLC placed the telephone calls identified in your letter. We believe that these calls were placed by The Southard Corporation, which operates as an independent retailer of Renewal by Andersen products in the Columbus, Ohio area. We have forwarded a copy of your letter to them.

It is our understanding that The Southard Corporation called you in response to a request for information submitted through rennovationzone.com on January 24, 2018. Under the federal rules, a company may call in response to such a request even if the number provided is on the do-not-call list.

In response to your letter, we have added your number to our internal do-not-call list and have asked The Southard Corporation to do the same. We apologize for any inconvenience this may have caused you.

Sincerely,

Tom Audette
Sr. Marketing Manager

CC: Mike Southard, The Southard Corporation