# Exhibit H

Philip J. Charvat
636 Colony Drive
Westerville, OH 43081
PJCharvat@Hotmail.Com

February 06, 2018

Renewal by Andersen of Columbus
AKA The Southard Corporation
Attn: Mr. Mike Southard
5850 Sawmill Road
Dublin, Ohio 43017

Re: **Violation of the Telephone Consumer Protection Act**

Dear Mr. Southard:

I write to bring to your attention a telemarketing concern of mine. In January, 2018 I received unsolicited telephone calls to my residential telephone line, (614) 895-8940, from your company. You have seen my letter addressed to Andersen, and also their response letter. That response indicates your agents made the calls. In those calls your agents stated that the calling entity was Renewal by Andersen and made no mention of Southard at all, even when specifically asked about the matter of the entity calling. I note that the Ohio Secretary of State's website has no entry for "The Southard Corporation". Were your agents making false assertions? Has Andersen made false assertions in its response letter? Please completely clarify who called, and on whose behalf and authority the calls were made, complete with supporting documentation.

The response by Andersen also asserts that there was a visit to renovationzone.com on January 24, 2018 which requested the calls. I have no records of any such visit, having never heard of the site. Please forward any and all documentation from that entity in response to this letter, and include the exact time of the alleged visit and any IP address information which Renovation Zone recorded to document alleged consent. Of course, also include a screen shot of the home page and consent page(s) which it alleges were visited and requested calls. It is your responsibility to have and maintain records of consent to call.

Please forward to my attention all these documents that evidence any purported consent[1] to receive telemarketing calls from your company, as well as any other documents which you might claim evidence my permission to receive the same. Before I proceed with a formal claim, I want to give your company the opportunity to explain its actions. Please forward this information to my attention by February 14, 2018.

Very truly yours,

Philip J. Charvat

---

[1] Pursuant to the FCC's DECLARATORY RULING AND ORDER of July 10, 2015 at ¶ 70, I hereby revoke any consent for your organization that may have existed to call or text any of my residential or cell telephones.

CHARVAT000006