# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| PHILIP CHARVAT on behalf of himself and others similarly situated, | : : : | |
| Plaintiff, | : : | Case No. 2:18-cv-190 |
| v. | : : : | |
| THE SOUTHARD CORPORATION | : : : | |
| Defendant. | : : | |

## MOTION TO WITHDRAWAL AS COUNSEL

NOW COMES the Plaintiff Philip Charvat, who respectfully requests that Anthony Paronich withdraw as counsel for the Plaintiff. The Plaintiff will continue to be represented by the remaining counsel for the Plaintiff who currently have appearances in this matter.

Respectfully submitted for Plaintiff,

*/s/ Anthony Paronich*
Anthony Paronich
Email: anthony@broderick-law.com
BRODERICK & PARONICH, P.C.
99 High St., Suite 304
Boston, Massachusetts 02110
Telephone: (617) 738-7080

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system.

*/s/ Anthony I. Paronich*
Anthony I. Paronich
