# Exhibit A

| | |
|---|---|
| **From:** | Brian Murphy |
| **To:** | McClellan, Rand L. |
| **Cc:** | Vonderhaar, Douglas |
| **Subject:** | Re: Charvat v. Southard and RbA |
| **Date:** | Thursday, July 18, 2019 1:39:15 PM |
| **Attachments:** | image004.jpg |
| | image006.jpg |
| | image008.jpg |

Rand,

After speaking with the folks on our side I think we are good with this approach with the caveat that we think it also makes sense to add the issue of the dialing
system to the exchange of information that happens in the first phase - some of that has been produced in a redacted fashion and given our new cell phone Plaintiff
we think it would be beneficial to flush out that issue as well alongside consent since those would both be essential to figuring out any potential resolution of the matter.
Let me know what you think or if you want to discuss further.  Thanks.

Brian Murphy
murphy@mmmb.com

On Thu, Jul 18, 2019 at 9:51 AM McClellan, Rand L. <rmcclellan@bakerlaw.com> wrote:

> **Brian,**
>
> **Quick follow up.  Thoughts?**
>
> **Rand**
>
> ---
>
> **From:** McClellan, Rand L.
> **Sent:** Monday, July 15, 2019 3:19 PM
> **To:** murphy@mmmb.com
> **Cc:** Vonderhaar, Douglas <dvonderhaar@bakerlaw.com>
> **Subject:** Charvat v. Southard and RbA
>
>
> **Brian,**
>
> **I spoke to Ben Picker, and he is willing to assist.  In general, I see this mediation in two phases.  First, an exchange of information, primarily the information regarding consents and EBRs.  Second, the mediation itself.  Note, no one is committed to**

actually getting in a room(s) to mediate should one or both of us believe that it would not be fruitful.

Regardless of the specifics, I think we should ask the Court for more time so that we can get the information to you, and you can review and respond.  I'd suggest a 3-4 month extension to the current case schedule, which should allow enough time for us to vet the issues.  Normal Rule 26 discovery would continue to ensure that we stay on schedule.

Let me know your thoughts.

Regards,

Rand

**Rand McClellan**



200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.4782

rmcclellan@bakerlaw.com
bakerlaw.com

 

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a

complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.