# **Exhibit B**

| | |
|---|---|
| **From:** | Vonderhaar, Douglas |
| **To:** | Brian Murphy; Jonathan Misny |
| **Cc:** | McClellan, Rand L.; Johnston, Katherine R. |
| **Subject:** | Southard -- Settlement Communication |
| **Date:** | Friday, February 7, 2020 4:31:17 PM |
| **Attachments:** | image001.jpg |
| | image002.jpg |
| | image003.jpg |
| | Charvat (Southard); Ltr to Plaintiff"s Counsel 2.7.2020.pdf |
| | BH Data Aggregation (2.7.2020).xlsx |

Brian & Jonathan:

Attached, please find correspondence concerning the sample data that Brian and Rand discussed previously.  We are preparing additional relevant information, which we expect to send to you next week.

Best,

Doug

**Doug Vonderhaar**
Associate



200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.2634

dvonderhaar@bakerlaw.com
bakerlaw.com

