# Exhibit D

| | |
|---|---|
| **From:** | Vonderhaar, Douglas |
| **To:** | Brian Murphy; Jonathan Misny |
| **Cc:** | McClellan, Rand L.; Johnston, Katherine R. |
| **Subject:** | RE: Southard -- Settlement Communication |
| **Date:** | Tuesday, April 21, 2020 6:17:14 PM |
| **Attachments:** | image001.jpg |
| | image002.jpg |
| | image003.jpg |

SETTLEMENT COMMUNICATION PURSUANT TO FRE 408

Brian & Jonathan:

Following up on this correspondence, please let us know if Plaintiff has any questions regarding our February 7 letter and/or the documents sent on February 25.

Best,
Doug

**From:** Vonderhaar, Douglas
**Sent:** Tuesday, February 25, 2020 4:55 PM
**To:** Brian Murphy <murphy@mmmb.com>; Jonathan Misny <misny@mmmb.com>
**Cc:** McClellan, Rand L. <rmcclellan@bakerlaw.com>; Johnston, Katherine R. <kjohnston@bakerlaw.com>
**Subject:** RE: Southard -- Settlement Communication

SETTLEMENT COMMUNICATION PURSUANT TO FRE 408

Brian & Jonathan:

Attached, please find documents and EBR/consent data indicating a potential defense(s) for the calls in the BH Data Aggregation produced on February 7, 2020.  This information is a combination of Southard's records (electronic and hardcopy) and data from third-party vendors.  We gathered this information during a preliminary search of Southard's records.  As indicated in our letter, this information is not meant to be comprehensive.

1. **Southard_001480 – 001561** – This zip file contains records evidencing a potential defense for the calls in the Data Aggregation (e.g., online submission forms, completed sweepstakes and window evaluation forms, etc.).

2. **BH ID by Bates_Southard_001480 – 001561** – This table will allow you to cross-reference a record in the above production with the relevant BH ID number in the Data Aggregation.

3. **BH Data Aggregation -- Exact Consent Data** – This spreadsheet contains the most readily available EBR/consent data for phone numbers in the Data Aggregation from Exact Customer (tab 1) and Exact Customer's partners (tab 2).

4. **BH Data Aggregation -- Broadside Consent Data** – This spreadsheet contains the most readily available EBR/consent data for phone numbers in the Data Aggregation from Broadside Media.

Please let me know if you have any questions.

Best,
Doug

---

**From:** Vonderhaar, Douglas
**Sent:** Friday, February 7, 2020 4:31 PM
**To:** Brian Murphy <murphy@mmmb.com>; 'Jonathan Misny' <misny@mmmb.com>
**Cc:** McClellan, Rand L. <rmcclellan@bakerlaw.com>; Johnston, Katherine R. <kjohnston@bakerlaw.com>
**Subject:** Southard -- Settlement Communication

Brian & Jonathan:

Attached, please find correspondence concerning the sample data that Brian and Rand discussed previously.  We are preparing additional relevant information, which we expect to send to you next week.

Best,

Doug

**Doug Vonderhaar**
Associate



200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.2634

dvonderhaar@bakerlaw.com
bakerlaw.com

