# Exhibit E

| | |
|---|---|
| **From:** | Brian K. Murphy |
| **To:** | McClellan, Rand L. |
| **Subject:** | Southard Schedule |
| **Date:** | Wednesday, May 20, 2020 1:00:16 PM |

[External Email: Use caution when clicking on links or opening attachments.]

Rand,

Are you available this afternoon at all to discuss the schedule in Southard?  We were going to file a motion to reset the deadlines and wanted to discuss.  Let me know.  Hope you are doing well.  Thanks.

Brian Murphy


Sent from my iPhone