# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| PHILIP CHARVAT, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE SOUTHARD CORPORATION, *et al.*,<br><br>Defendants. | CASE NO. 2:18-CV-190-MHW<br><br>JUDGE MICHAEL H. WATSON<br><br>MAGISTRATE JUDGE CHELSEY M. VASCURA |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF AMENDED CASE SCHEDULE

For good cause shown, Defendants' Unopposed Motion for Extension of the Amended Case Schedule is **GRANTED**. The case schedule set forth in the Court's Order Granting Plaintiff's Motion to Extend Deadlines entered on June 17, 2020 (Doc. No. 78) is hereby amended as follows:

| | PREVIOUSLY SET FOR: | EXTENDED TO: |
|---|---|---|
| Rebuttal Expert Report Deadline: | July 17, 2020 | August 17, 2020 |
| Discovery Deadline: | August 3, 2020 | September 3, 2020 |
| Motion to Certify Class: | September 4, 2020 | October 5, 2020 |
| Defendants' Memorandum in Opposition to Motion to Certify Class: | October 16, 2020 | November 16, 2020 |

The deadline for filing dispositive motions, set for 60 days after the Court's ruling on Plaintiff's Motion to Certify, remains unchanged.

IT IS SO ORDERED.

        /s/ *Chelsey M. Vascura*
UNITED STATES MAGISTRATE JUDGE